(Reap. Dec. 8470)

## BLUEFRIES NEW YORK, INC. *v.* UNITED STATES

Entry No. 825084–1/2.

(Decided July 21, 1955)

*Barnes, Richardson & Colburn (Joseph Schwartz* and *Edward N. Glad* of counsel) for the plaintiff.

*Warren E. Burger*, Assistant Attorney General (*Samuel D. Spector* and *Daniel I. Auster*, trial attorneys), for the defendant.

EKWALL, Judge: This appeal for reappraisement involves the value of importations of chocolate in various shapes and forms, shipped from Holland to New York on or about March 15, 1952, by C. J. Van Houten & Zoon, N. V. to C. J. Van Houten & Zoon, Inc. This court, after a hearing had been held, ordered the case restored to the calendar, the court holding that the record did not support a finding of either foreign value or export value and that there was no evidence as to United States value or cost of production. (Reap. Dec. 8317.)

Thereafter, the attorneys for the respective parties agreed that there is no United States value for this merchandise. It was further stipulated as follows:

(1) The cost of materials of, and of fabrication, manipulation, or other process employed in manufacturing or producing such or similar merchandise, at a time preceding the date of exportation of the merchandise involved in this case, which would ordinarily permit the manufacture or production of said merchandise in the usual course of business, was as follows:

| | | | | | |
|---|---|---|---|---|---|
| Milk chocolate tablets | 71.67 | Dutch florins per carton | | | |
| Bittersweet chocolate tablets | 71.93 | " | " | " | " |
| Coffee milk chocolate tablets | 72.05 | " | " | " | " |
| Milk chocolate bars | 71.97 | " | " | " | " |
| Bittersweet chocolate bars | 71.93 | " | " | " | " |
| Bittersweet chocolate pastilles | 34.77 | " | " | " | " |

(2) The usual general expenses in the case of such merchandise were as follows:

| | | | | | |
|---|---|---|---|---|---|
| Milk chocolate tablets | 7.18 | Dutch florins per carton | | | |
| Bittersweet chocolate tablets | 7.193 | " | " | " | " |
| Coffee milk chocolate tablets | 7.22 | " | " | " | " |
| Milk chocolate bars | 7.197 | " | " | " | " |
| Bittersweet chocolate bars | 7.193 | " | " | " | " |
| Bittersweet chocolate pastilles | 3.50 | " | " | " | " |

(3) The cost of all containers and coverings of whatever nature, and all other costs, charges, and expenses incident to placing the merchandise involved in this case in condition, packed ready for shipment to the United States, was as follows:

| | | | | | |
|---|---|---|---|---|---|
| Milk chocolate tablets | 10.79 | Dutch florins per carton | | | |
| Bittersweet chocolate tablets | 10.79 | " | " | " | " |
| Coffee milk chocolate tablets | 10.79 | " | " | " | " |
| Milk chocolate bars | 11.86 | " | " | " | " |
| Bittersweet chocolate bars | 11.86 | " | " | " | " |
| Bittersweet chocolate pastilles | 25.69 | " | " | " | " |

(4) The profit ordinarily added in the case of merchandise of the same general character as the merchandise involved in this case, by manufacturers or producers in Holland who are engaged in the production or manufacture of merchandise of the same class or kind, was as follows:

| | | | | | |
|---|---|---|---|---|---|
| Milk chocolate tablets | 6.308 | Dutch florins per carton | | | |
| Bittersweet chocolate tablets | 6.3298 | " | " | " | " |
| Coffee milk chocolate tablets | 6.3416 | " | " | " | " |
| Milk chocolate bars | 6.3334 | " | " | " | " |
| Bittersweet chocolate bars | 6.3298 | " | " | " | " |
| Bittersweet chocolate pastilles | 3.0616 | " | " | " | " |

The total cost of production indicated by the foregoing detailed figures is, therefore, as follows:

| | | | | | |
|---|---|---|---|---|---|
| Milk chocolate tablets | 95.948 | Dutch florins per carton | | | |
| Bittersweet chocolate tablets | 96.2428 | " | " | " | " |
| Coffee milk chocolate tablets | 96.4016 | " | " | " | " |
| Milk chocolate bars | 97.3604 | " | " | " | " |
| Bittersweet chocolate bars | 97.3128 | " | " | " | " |
| Bittersweet chocolate pastilles | 67.0216 | " | " | " | " |

We, therefore, find that the cost of production, as defined in section 402 (f) of the Tariff Act of 1930, is the proper basis of value and that such values are as follows:

| | | | | | |
|---|---|---|---|---|---|
| Milk chocolate tablets | 95.948 | Dutch florins per carton | | | |
| Bittersweet chocolate tablets | 96.2428 | " | " | " | " |
| Coffee milk chocolate tablets | 96.4016 | " | " | " | " |
| Milk chocolate bars | 97.3604 | " | " | " | " |
| Bittersweet chocolate bars | 97.3128 | " | " | " | " |
| Bittersweet chocolate pastilles | 67.0216 | " | " | " | " |

Judgment will be rendered accordingly.